**CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED**

April 28, 2026

**LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TEEA I. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00231 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| HEATHER GREER, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Teea I. Miller, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against Defendants Heather Greer, Ramond Faber, and Chad Kilgore. (*See* ECF No. 1.) On March 19, 2026, the court ordered Plaintiff to submit a prisoner trust account report fully accounting for the six-month period immediately preceding the filing of the complaint. (ECF No. 5.) The court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not submitted the complete financial information as ordered. Because Plaintiff did not comply with the court's order, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

- 2 -

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 28th day of April, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE